jurisprudential purpose. The judgment is affirmed in accordance with Rule 30.25(b).

■

**CITY OF KIRKWOOD,**
**Plaintiff/Respondent,**

v.

**Boaz RAFAELI, Defendant/Appellant.**

No. 65034.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 22, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 10, 1995.

Boaz Rafaeli, pro se.

Benjamin Lipman, St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Boaz Rafaeli appeals from his conviction by a court of trespass in violation of a City of Kirkwood municipal ordinance. A fine was imposed in the amount of two hundred dollars ($200.00).

We have reviewed the record and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would serve no